UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN NEWSOME,<br>    Petitioner | : | CIVIL NO: 3:01CV1968 (DJS) |
| v | | |
| COMMISSIONER OF CORRECTION,<br>    Respondent | : | OCTOBER 10, 2003 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to rule 9(b) of the Local Rules of Civil Procedure the Respondent hereby requests an enlargement of time in which to file a response to the Order To Show Cause entered October 3, 2003.

1. On October 3, 2003 the Order To Show Cause was issued by this Court directing the respondent to file a brief, by October 31, 2003, showing why the petition should not be granted.

2. The above order was received by the undersigned on October 7, 2003.

3. The undersigned has recently filed a brief in the Connecticut Appellate Court on October 7, 2003, State v Coleman, AC23424, has an oral argument in that Court on October 28, 2003, State v AC22213, and has a brief due in the Connecticut Supreme Court on November 7, 2003, State v Kirk R., SC16940.

4. In addition, the undersigned will be out of the office attending a family wedding for three days in October.

5. No other motion for enlargement of time has been filed with respect to this

Order To Show cause.

6. Attorney Raymond J Rigat, who represents Petitioner, does not object to this request for an enlargement of time.

WHEREFORE, the undersigned respectfully requests an enlargement of time until November 21, 2003, which is forty-five days from the receipt of the order, for the filing of a response.

RESPECTFULLY SUBMITTED
Respondent

Frederick W. Fawcett
Supervisory Assistant State's Attorney
Fairfield Post Conviction Remedy Unit
1061 Main Street
Bridgeport, Connecticut 06604
Telephone 203-579-6506
Facsimile 203-382-8401
Federal Bar Number ct10734

## CERTIFICATION

This is to certify that a copy of the foregoing motion for enlargement of time has been mailed this date, postage prepaid, to Attorney Raymond J. Rigat, Gilbride & Rigat, 25 East Main Street, Clinton, Connecticut 06413.

October 10, 2003

Frederick W. Fawcett