UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHAWN NEWSOME**<br>    Petitioner | : |
| v. | : CIVIL NO.: 3:01cv1968(DJS) |
| **COMMISSIONER OF CORRECTION**<br>    Respondent | : |

### ORDER

The Respondent's Motion for Extension of Time to file a response to the Order to Show Cause (Doc. #14) is hereby **GRANTED to and including November 21, 2003.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   23rd   day of October, 2003.

　　　　　　　　　　　　　　　　　　　　 /s/DJS
　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　United States District Judge