UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN NEWSOME, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | Case No.: 3:01CV1968 (DJS) |
| | : | |
| COMMISSIONER OF CORRECTION, | : | |
|     Respondent. | : | December 13, 2004 |

**NOTICE OF COMPLIANCE**

The Petitioner, in the above captioned matter, respectfully reports to the Court, that he has complied with the requirements issued by the Court in its November 17, 2004 ruling.

Specifically, the Petitioner requested the Connecticut Superior Court, at New Haven, on December 7, 2004 to grant him a fee waiver in order to file a Writ for Habeas Corpus, that same day, the Petitioner sent, overnight delivery, an original writ, summons and complaint to a state marshal for service upon the Commissioner of Corrections. On December 13, 2004, the Petitioner filed his petition for a Writ of Habeas Corpus with the Connecticut Superior Court.

The petition for habeas corpus was filed in order to exhaust all available state law remedies with respect to the two claims raised in the Petitioner's federal petition, which were found to be non-exhausted by the federal Court. Copies if the Petitioner's recent filings in the Connecticut Superior Court are attached to this Notice of Compliance.

The Petitioner, per the Court's order, will notify the Court, within thirty (30) days, of the conclusion of the state court proceedings on this new state habeas petition.

RESPECTFULLY SUBMITTED
SHAWN NEWSOME


By:_____
Raymond J. Rigat, Esq.
His Attorney
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut  06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
R. J. R. Federal Bar No.: ct13320
e-mail: raymondjrigat@sbcglobal.net


## **C E R T I F I C A T I O N**

I hereby certify that a copy of the foregoing  Notice of Compliance has been sent this 13th day of  December, 2004, Regular U.S. Mail, postage pre-paid, to:

Frederick W. Fawcett
Supervisory Assistant State's Attorneys At Law Fairfield Post Conviction Remedy Unit
1061 Main Street
Bridgeport, Connecticut  06604


_____
Raymond J. Rigat, Esq.