STATE OF CONNECTICUT
SUPERIOR COURT

| | | |
|---|---|---|
| SHAWN NEWSOME, *petitioner* | : | JUDICIAL DISTRICT OF NEW HAVEN |
| | : | AT NEW HAVEN |
| V. | : | |
| COMMISSIONER OF CORRECTION, *respondent.* | : | DECEMBER 6, 2004 |

## APPLICATION FOR WAIVER OF FEES FOR PETITION FOR WRIT OF HABEAS CORPUS

The Petitioner, an inmate in the custody and control of the Respondent, currently confined in the Chesire Correctional Institution respectfully represents that he is without funds and is unable to pay court fees and costs. He has $14.44 in his prison account and has total assets valued at $14.44. He respectfully asks the court to waive fees and costs having to do with the attached Petition for writ of Habeas Corpus and attaches a copy of a sworn application and copy of his prison Trust Account Statement.

Oral Argument *is not* requested /
Testimony *is not* required

RESPECTFULLY SUBMITTED,
THE PETITIONER
SHAWN NEWSOME

By:
Raymond J. Rigat, Esq.
His Attorney
Gilbride & Rigat
23 East Main Street

Clinton, Connecticut 06413
Juris No.: 403047
e-mail: raymondjrigat@sbcglobal.net

### ORDER

The foregoing Motion for Waiver of Fees having been heard / presented before / to the Court, it is hereby ORDERED:



GRANTED / DENIED

BY THE COURT

(Robaina, J)

~~Judge / Clerk /~~ Assist. Clerk

12/7/04

STATE OF CONNECTICUT            :
                                :
                                :   Town of Chesire
                                :
COUNTY OF NEW HAVEN             :

The above information provided the Court with respect to my Application for Waiver of fees, is the truth to the best of my knowledge and belief.

Dated, this 7th day of December, 2004.

Shawn Newsome

The Petitioner, Shawn Newsome, having been duly sworn, states that the above information is true to the best of his knowledge.

Dated, this 7th day of December, 2004.

*[signature]*

Raymond J. Rigat, Esq.
Commissioner of the Superior Court
Juris No.: 403047



Petition for Writ of Habeas Corpus
Inmate No.:

## APPLICATION FOR WAIVER OF FEES

I, **Shawn Newsome**, the petitioner herein am without funds and am unable to pay court fees and costs or to engage an attorney. I have $ **1444** in my prison account and total assets valued at $ _____. I ask the court to waive fees and costs having to do with this petition.

                                                                Petitioner

State of Connecticut, County of **New Haven** petitioner, having been duly sworn, states that the above information is true to the best of his knowledge.

Exp: 1/31/05

Notary Public

11/24/04

Date Notarized

5

CONNECTICUT DEPARTMENT OF CORRECTION         OTRTASTA
T R U S T   A C C O U N T   S T A T E M E N T     4.10.0.0.9 TR

DOC: 0000200096    Name: NEWSOME, SHAWN R         DOB: 07/14/1974
LOCATION: 137-I

Max Date:

ACCOUNT BALANCES Total: 14.44   CURRENT: 14.44   HOLD: 0.00

|  | 06/22/2004 | 11/22/2004 |
|---|---|---|
| SUB ACCOUNT | START BALANCE | END BALANCE |
| HOLIDAY PACKAGES | 0.00 | 0.00 |
| SPENDABLE BALANCE | 0.00 | 14.44 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| OVOC | VOC. ED. FEE | 137 Newsome | 0.00 | 3.00 |

TRANSACTION DESCRIPTIONS -- HOLIDAY PACKAGES SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS -- SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 09/14/2004 | DOR | Bus. Office Receipts Greensville | 135.90 | 135.90 |
| 09/15/2004 | CRS | CRS SAL ORD #2674957 D1 | ( 50.73) | 85.17 |
| 09/20/2004 | CEC | CEC SAL ORD #2674957 | 0.25 | 85.42 |
| 09/20/2004 | CRS | CRS SAL ORD #2682120 D1 | ( 49.83) | 35.59 |
| 10/06/2004 | DMR | Mail Receipts  137 | 25.00 | 60.59 |
| 10/06/2004 | DMR | Mail Receipts  137 | 60.00 | 120.59 |
| 10/06/2004 | DOR | Bus. Office Receipts Greensville | 54.00 | 174.59 |
| 10/12/2004 | CRS | CRS SAL ORD #2721363 D1 | ( 35.23) | 139.36 |
| 10/21/2004 | WSR | Special Request - 137 | ( 12.02) | 127.34 |
| 10/22/2004 | CRS | CRS SAL ORD #2743452 D1 | ( 47.75) | 79.59 |
| 10/27/2004 | DSP | M16 /VOGM DSP /FUL  /Rg:1 5 @0.75    10/15/2004-10/21/2004 | 3.75 | 83.34 |
| 10/29/2004 | CRS | CRS SAL ORD #2755194 D1 | ( 49.67) | 33.67 |
| 11/04/2004 | CEC | CEC SAL ORD #2755194 | 3.68 | 37.35 |
| 11/09/2004 | DOR | Bus. Office Receipts  VA Commissary Reim | 19.20 | 56.55 |
| 11/10/2004 | DSP | M16 /VOGM DSP /FUL  /Rg:1 5 @0.75    10/22/2004-10/28/2004 M16 /VOG | 7.50 | 64.05 |
| 11/12/2004 | CRS | CRS SAL ORD #2781098 D1 | ( 49.61) | 14.44 |