UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN NEWSOME, : | |
|     Pettioner, : | |
| : | |
| v. : | Case No.: 3:01CV1968 (DJS) |
| : | |
| COMMISSIONER OF CORRECTION, : | |
|     Respondent. : | September 13, 2008 |

**NOTICE TO THE COURT
REGARDING EXHAUSTION OF STATE HABEAS CLAIMS; AND
REQUEST FOR RULING ON PENDING § 2254 PETITION
(WITH REQUEST FOR ORAL ARGUMENT)**

In compliance with the requirements issued by the Court in the above referenced matter on November 17, 2004, the undersigned respectfully reports the following:

On December 7, 2004, Newsome filed a second habeas petition in the Connecticut Superior Court to exhaust all of the claims presented in his federal § 2254 motion.

The second habeas petition was denied on June 4, 2007. Newsome made timely application for a certification to appeal on June 8, 2007, the application was denied by the Superior Court on the same day; and notice of the denial wassent on June 12, 2007.

Newsome filed a timely appeal with the Connecticut Court of Appeals on June 22, 2007; the appeal, A.C. 28943, was dismissed on July 15, 2008.

Newsome filed a petition for certification with the Connecticut Supreme Court on July 16, 2008; that petition was denied on September 12, 2008.

A copy of the state habeas court's decision; the appellate court decision; AND the denial of certification from the Connecticut Supreme Court, are attached to this document.

Newsome has now exhausted all of his state law remedies on all the issues raised in his federal § 2254 petition, and respectfully requests the Court to rule on that petition.  Further, Newsome respectfully requests oral argument before the Court.

                RESPECTFULLY SUBMITTED
                SHAWN NEWSOME

                      /s/ Raymond J. Rigat, Esq.
By:_____
Raymond J. Rigat, Esq.
His Attorney
23 East Main Street
Clinton, CT  06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
R. J. R. Federal Bar No.:  ct13320
e-mail: raymondjrigat@sbcglobal.net

## <u>C E R T I F I C A T I O N</u>

I hereby certify that a copy of the foregoing, Notice to the Court and Request for Ruling, has been electronically filed this 13th day of September 2008, and that the following have received either an electronic copy of same, or have received a copy via Regular U.S. mail (without document attachments):

Frederick W. Fawcett, Esq.
Supervisory Assistant State's Attorney
Fairfield Post Conviction Remedy Unit
1061 Main Street
Bridgeport, Ct  06604;  AND

Mr. Shawn Newsome-el
#200096
Chesire C.I., SB-229
900 Highland Avenue
Chesire, CT  06410

/s/ Raymond J. Rigat, Esq.
_____
Raymond J. Rigat, Esq.