UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN NEWSOME,<br>    Petitioner,<br><br>v.<br><br>COMMISSIONER OF CORRECTION,<br>    Respondent. | :<br>:<br>:<br>:   Case No.: 3:01CV1968 (DJS)<br>:<br>:<br>:   September 16, 2008 |

## AMENDED PETTION FOR WRIT OF HABEAS CORPUS PURSUANT TO TITLE 28, U.S. CODE, SECTION 2254

The petitioner, Shawn Newsome, amends his original § 2254 petition, dated October 17, 2001, by adding the following:

On December 7, 2004, Newsome filed a second habeas petition in the Connecticut Superior Court to exhaust the second and third claims presented in his original federal § 2254 petition. Those claims were the basis of the second Connecticut habeas petition.

The second state habeas petition was denied on June 4, 2007. Newsome made timely application for a certification to appeal on June 8, 2007, the application was denied by the Superior Court on the same day; and notice of the denial was sent on June 12, 2007.

Newsome filed a timely appeal with the Connecticut Court of Appeals on

June 22, 2007; the appeal, A.C. 28943, was dismissed on July 15, 2008.

Newsome filed a petition for certification with the Connecticut Supreme Court on July 16, 2008; that petition was denied on September 12, 2008.

Newsome has exhausted his state law remedies with respect to **all** claims raised in his original federal § 2254 petition.

                RESPECTFULLY SUBMITTED
                SHAWN NEWSOME

                    /s/ Raymond J. Rigat, Esq.
By:_____
Raymond J. Rigat, Esq.
His Attorney
23 East Main Street
Clinton, CT  06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
R. J. R. Federal Bar No.:  ct13320
e-mail: raymondjrigat@sbcglobal.net

## **C E R T I F I C A T I O N**

I hereby certify that a copy of the foregoing Amended § 2254 petition, has been electronically filed this 16th day of September 2008, and that the following have received either an electronic copy of same, or have received a copy via Regular U.S. mail:

Frederick W. Fawcett, Esq.
Supervisory Assistant State's Attorney
Fairfield Post Conviction Remedy Unit
1061 Main Street
Bridgeport, Ct  06604;  AND

Mr. Shawn Newsome-el
#200096
Chesire C.I., SB-229
900 Highland Avenue
Chesire, CT  06410

/s/ Raymond J. Rigat, Esq.
_____
Raymond J. Rigat, Esq.